UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**AUSTIN BERNARD, III**                                **CIVIL ACTION**

**VERSUS**                                              **NO. 13-1558**

**BURL CAIN, WARDEN**                                  **SECTION: "H" (3)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Austin Bernard, III,** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 14th day of November, 2014.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**